

**Mary L. D'Agostino**
mdagostino@hancocklaw.com

February 13, 2026

**VIA ELECTRONIC FILING**

Hon. Mitchell J. Katz, U.S. Magistrate Judge
James M. Hanley Federal Building
100 S Clinton Street
Syracuse, New York 13261

    Re:    *Ayek v. Onondaga County et al*, 5:23-cv-01608-ECC-MJK

Dear Magistrate Judge Katz,

    Together with the Onondaga County Attorney's Office, we represent Defendants in the above-referenced matter. We write to respectfully request a conference with the Court to discuss the subpoena served on the New York State Office of the Attorney General, as well as the currently pending dates.

    Earlier today, Defendants filed a partial motion to dismiss pursuant to Rule 12(c). At this time, Defendants are not requesting a stay of discovery.

    We appreciate the Court's attention to, and assistance with, this request.

    Respectfully submitted,

    Hancock Estabrook, LLP

    */s/ Mary D'Agostino*

    Mary L. D'Agostino

MLD

CC:    all counsel of record (*via electronic filing*)