# RYDER LAW FIRM

**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
**ryderlawfirm@gmail.com**
**Phone: 315-382-3617**
**Fax: 315-295-2502**


June 12, 2026

VIA CM/ECF ONLY
Hon. Mitchell J. Katz
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

**Re**: **MO & AYEK V. ONONDAGA COUNTY ET AL.**
**5:23-cv-01602 & 5:23-cv-01608-TMJ-MJK**

Dear Judge Katz:

write in response to the Court's Text Order dated June 1, 2026 (Dkt. No. 61), directing Plaintiffs' counsel to advise whether an expert is necessary to oppose Defendants' motion to compel. Plaintiffs have determined that, at this time, an expert is not necessary for purposes of opposing the pending motion.

Should Defendants prevail on the relief they seek and thereby establish legal precedent in this matter, Plaintiffs anticipate that they will be compelled to retain an expert to address and attempt to mitigate the resulting impact on Plaintiffs' cases.

Respectfully submitted,

*Jesse P. Ryder*

Jesse P. Ryder

cc: All counsel of record (via CM/ECF)